IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
DEC 04 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DANIEL K. O'CONNELL, VALERY A. O'CONNELL, CHRISTAL O'CONNELL, SHANNON O'CONNELL, VESTA O'CONNELL, <br><br>Petitioners,<br><br>vs.<br><br>GLASTONBURY LANDOWNERS ASSOCIATION INCORPORATED, GLASTONBURY LANDOWNERS BOARD OF DIRECTORS,<br><br>Respondents. | CV 18-153-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on November 19, 2018. (Doc. 6). The Magistrate recommended the Court dismiss the Complaint for lack of subject matter jurisdiction. (Doc. 6 at 7).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 6) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that the Complaint is DISMISSED without prejudice.

DATED this 4th day of December, 2018.

SUSAN P. WATTERS
United States District Judge